JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Priority | ____ |
| Send | ____ |
| Enter | ____ |
| Closed | ____ |
| JS-5/JS-6 | ____ |
| Scan Only | ____ |

**CASE NO.: CV 17-05152 SJO (MRWx)** **DATE: March 2, 2018**

**TITLE: Michael Grecco Productions, Inc. v. Rex Features, Ltd. et al**

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz
Courtroom Clerk

Not Present
Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**

Not Present

**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to FRCP 41(a)(1)(A)(ii) filed by Plaintiff Michael Grecco Productions, Inc. [ECF # 74]. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the STIPULATION to Dismiss Case.

All hearings set are vacated.